288

No. 14–0261/AR. U.S. v. Elliot M. Carrasquillo. CCA 20110719. Review granted on the following issue:

> WHETHER THE MILITARY JUDGE ERRED IN FAILING TO SUPPRESS STATEMENTS TAKEN FROM APPELLANT IN VIOLATION OF ARTICLE 31(b), UCMJ.

Briefs will be filed under Rule 25.

No. 14–0507/NA. U.S. v. Matthew H. Cook. CCA 201200518. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to May 1, 2014.

